People v Gadsden (2024 NY Slip Op 05070)

People v Gadsden

2024 NY Slip Op 05070

Decided on October 15, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 15, 2024

Before: Webber, J.P., Kapnick, Kennedy, Scarpulla, Shulman, JJ. 

Ind. No. 1235/17 Appeal No. 2819 Case No. 2018-1526 

[*1]The People of the State of New York, Respondent,
v
Jason Gadsden, Defendant-Appellant.

Caprice R. Jenerson, Office of The Appellate Defender, New York (Alexander Ricks of counsel), for appellant.

Judgment, Supreme Court, Bronx County (George R. Villegas, J.), rendered July 17, 2017, convicting defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the second degree, and sentencing him to a term of one year of incarceration unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the mandatory surcharge and fees imposed at sentencing, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the surcharge and fees imposed on defendant at sentencing (see People v Chirinos, 190 AD3d 434 [1st Dept 2021]).
We note that the People do not oppose this relief. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 15, 2024